# EXHIBIT A

From: Angelene Hayes REDACTED
Subject: Re: Meeting
Date: Jul 1, 2015 at 4:27:24 PM
To: H.FRATE@us.vuitton.com

Hi Hope,

It's ok. I thought about the agreement after sending the email. That's too bad!
Thanks again,
Angelene

Sent from my iPhone

> On Jul 1, 2015, at 4:21 PM, H.FRATE@us.vuitton.com wrote:
>
> Hi Angelene,
>
> I was off for a few days following our event. Unfortunately we have an agreement with Saks that we cannot take their employees and have to wait 6 months before hiring. We have strict guidelines we have to follow. Sorry.
>
> Best,
> Hope Frate
> Hope Frate |Store Manager |Louis Vuitton Saks Cleveland |26100 Cedar Road Beachwood, OH 44122 |Phone: +1 216-595-1005 | Mobile: +1 216-255-7648 Fax: +1 216-378-8964 |h.frate@us.vuitton.com
>
>
> From:    Angelene Hayes REDACTED
> To:      "h.frate@us.vuitton.com" <h.frate@us.vuitton.com>
> Date:    06/24/2015 11:58 AM
> Subject: Meeting
>
>
> Good Morning Hope,
> I hope this email finds you well? I'm interested in scheduling a time with you to talk about future employment with Louis Vuitton.
> Please let me know what day and time works for you. I'm off Tuesday's and

Thursday's and the rest of my work week fluctuates.
Thank you,
Angelene Hayes

Sent from my iPhone

Go Green, avoid printing unless necessary. This email message (including any attachments) is for the sole use of the intended recipient(s) and may contain confidential and privileged information. You are hereby notified that any unauthorized review, use, copying, disclosure or distribution is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact the sender by reply email and delete all copies of the original message and attachments from your computer. If you are the intended recipient, please be
advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.