UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN GIORDANO, ANGELENE HAYES, and YING-LIANG WANG, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAKS INCORPORATED, *ET AL.*,<br><br>Defendants. | Case No. 1:20-cv-00833-MKB-JO |

### MOTION FOR REFUND OF FEES PAID ELECTRONICALLY

The filing fee associated with the electronic filing of Alexander H. Merritt's Motion to Admit Counsel *Pro Hac Vice* was paid twice during the electronic filing process on April 20, 2020 as evidenced by the Pay.gov Payment Confirmations Id's ANYEDC-12695318 and ANYEDC-12695390, attached to this motion. This motion serves as a request to refund one of the two filing fees.

Dated: April 22, 2020

Respectfully submitted,

　　　*/s/* Alexander H. Merritt
Alexander H. Merritt, admitted *pro hac vice*
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, D.C. 20006
amerritt@akingump.com
202.887.4064 (phone)
202.887.4288 (fax)

*Counsel for Defendant Gucci America, Inc.*

**Please refund ANYEDC-12695318**

**APPROVED**
**By Augie at 8:45 am, Apr 23, 2020**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Merritt, Alexander |
| **Subject:** | Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT |
| **Date:** | Monday, April 20, 2020 12:27:01 PM |

\*\*EXTERNAL Email\*\*

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

  Account Number: 6335270
  Court: NEW YORK EASTERN DISTRICT COURT
  Amount: $150.00
  Tracking Id: ANYEDC-12695318
  Approval Code: 100190
  Card Number: ************1007
  Date/Time: 04/20/2020 12:26:55 ET

NOTE: This is an automated message. Please do not reply

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Merritt, Alexander |
| **Subject:** | Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT |
| **Date:** | Monday, April 20, 2020 12:35:24 PM |

**EXTERNAL Email**

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

  Account Number: 6335270
  Court: NEW YORK EASTERN DISTRICT COURT
  Amount: $150.00
  Tracking Id: ANYEDC-12695390
  Approval Code: 160517
  Card Number: ************1007
  Date/Time: 04/20/2020 12:35:04 ET

NOTE: This is an automated message. Please do not reply