**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

SUSAN GIORDANO, ANGELENE HAYES, YIANG-LIANG WANG, and ANJA BEACHUM on behalf of themselves and others similarly situated,

Plaintiffs,

v.

SAKS INCORPORATED, SAKS & COMPANY LLC, SAKS FIFTH AVENUE LLC, LOUIS VUITTON USA INC., LORO PIANA & C. INC., GUCCI AMERICA, INC., PRADA USA CORP., and BRUNELLO CUCINELLI, USA, INC.,

Defendants.

Case No. 1:20-cv-0833-MKB-CLP

Hon. Margo K. Brodie

**DECLARATION OF ERIC S. HOCHSTADT**
**IN SUPPORT OF DEFENDANTS' JOINT REPLY IN SUPPORT OF THEIR MOTION**
**TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

I, Eric S. Hochstadt, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a member of the bar of this Court and an attorney licensed to practice in New York, NY. I am a partner with the law firm Weil, Gotshal and Manges LLP, and counsel for Defendants Saks Incorporated, Saks & Company LLC, and Saks Fifth Avenue LLC (collectively, "Defendant" or "Saks") in the above-captioned antitrust action.

2. I respectfully submit this Declaration in support of Defendants' Reply Memorandum of Law in Support of Defendants' Joint Motion to Dismiss the Consolidated Amended Class Action Complaint and to transmit true and correct copies of the following documents.

3. Attached as Exhibit A is a true and correct copy (except for highlighting of select portions) of Phillip E. Areeda & Herbert Hovenkamp, *Antitrust Law: An Analysis of Antitrust Principles and Their Application*, ¶ 320 (4th and 5th eds. 2013-2020).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 30 day of December, 2020, at New York, New York.

/s/ *Eric S. Hochstadt*
Eric S. Hochstadt

Eric S. Hochstadt
Weil, Gotshal & Manges LLP
767 Fifth Ave
New York, New York 10153-0119
Telephone: (212) 310-8000
Fax: (212) 310-8007

*Counsel for Saks Defendants.*