UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SUSAN GIORDANO, ANGELENE HAYES,
YING-LIANG WANG, and ANJA BEACHUM,
on behalf of themselves and others similarly situated,

                         Plaintiffs,                        JUDGMENT

    v.

                                                                20-CV-833 (MKB)

SAKS INCOPORATED, SAKS & COMPANY LLC,
SAKS FIFTH AVENUE LLC, LOUIS VUITTON
USA LLC, LORO PIANA & C. INC., GUCCI
AMERICA, INC., PRADA USA CORP., and
BRUNELLO CUCCINELLI USA, INC.,

                         Defendants.
-----------------------------------------------------------------X

       A Memorandum and Order of Honorable Margo K. Brodie, United States District Judge, having been filed on February 1, 2023, granting Defendants' motion to dismiss; granting Plaintiffs thirty days from the date of this Memorandum and Order to file a second amended complaint as to Beachum; and an Order having been filed on March 20, 2023, dismissing case; and directing the Clerk of Court to enter judgment; it is

       ORDERED and ADJUDGED that Defendants' motion to dismiss is granted; and that this case is dismissed.

Dated: Brooklyn, New York
         March 21, 2023
                                                              Brenna B. Mahoney
                                                              Clerk of Court

                                             By:    */s/Jalitza Poveda*
                                                          Deputy Clerk