IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN GIORDANO, ANGELENE HAYES, YING-LIANG WANG, and ANJA BEACHUM, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAKS INCORPORATED, SAKS & COMPANY LLC, SAKS FIFTH AVENUE LLC, LOUIS VUITTON USA INC., LORO PIANA & C. INC., GUCCI AMERICA, INC., PRADA USA CORP., and BRUNELLO CUCINELLI, USA, INC.,<br><br>Defendants. | Civil Action No. 1:20-cv-00833-MKB-CLP |

## NOTICE OF APPEAL

Notice is hereby given that Susan Giordano, Angelene Hayes, Ying-Liang Wang, and Anja Beacham, individually and on behalf of all others similarly situated (plaintiffs) in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from (1) the Memorandum & Order granting Defendants' motion to dismiss Plaintiffs' Consolidated Amended Class Action Complaint, announced on February 1, 2023 (ECF No. 130), (2) the text only order dismissing the case, dated March 20, 2023, and (3) the corresponding judgment entered on March 21, 2023 (ECF No. 132).

Dated: April 14, 2023

Respectfully submitted,

*/s/* Innessa M. Huot
Innessa M. Huot
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Fl.
New York, NY 10017

1

Tele: 212-983-9330
ihuot@faruqilaw.com
ahartzband@faruqilaw.com

Joseph R. Saveri*
Steven N. Williams
Kevin E. Rayhill*
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, CA 94108
Tele: 415-500-6800
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
krayhill@saverilawfirm.com
areddy@saverilawfirm.com

Eric L. Cramer*
Patrick F. Madden*
Michaela L. Wallin*
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tele: 215-875-3000
ecramer@bm.net
pmadden@bm.net
mwallin@bm.net

Daniel J. Walker
BERGER MONTAGUE PC
2001 Pennsylvania Ave, NW, Suite 300
Washington, DC 20006
Tele: 202-559-9745
dwalker@bm.net

John D. Radice
RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, NJ 08540
Tele: 646-245-8502
jradice@radicelawfirm.com

Michael K. Yarnoff
KEHOE LAW FIRM, P.C.
Two Penn Center Plaza
1500 JFK Blvd., Suite 1020
Philadelphia, PA 19102

Tele: 215-792-6676
myarnoff@kehoelawfirm.com

*Counsel for Plaintiffs and the Proposed Class*

\**Pro hac vice*

## **CERTIFICATE OF SERVICE**

I certify that on April 14, 2023, I caused the foregoing document to be served on all counsel of record via the Court's electronic filing system.

Dated: April 14, 2023                              */s/ Innessa M. Huot*