IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN GIORDANO, ANGELENE HAYES, YING-LIANG WANG, and ANJA BEACHUM on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAKS INCORPORATED, SAKS & COMPANY LLC, SAKS FIFTH AVENUE LLC, LOUIS VUITTON USA INC., LORO PIANA & C. INC., GUCCI AMERICA, INC., PRADA USA CORP., and BRUNELLO CUCINELLI, USA, INC.,<br><br>Defendants. | Civil Action No.: 1:20-cv-00833 |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Susan Giordano, Angelene Hayes, Ying-Liang Wang, and Anja Beachum and Defendants Saks Incorporated, Saks & Company LLC, Saks Fifth Avenue LLC, Louis Vuitton USA Inc., Loro Piana & C. Inc., Gucci America, Inc., Prada USA Corp, and Brunello Cucinelli, USA, Inc. by and through undersigned counsel, jointly stipulate that this case be dismissed in its entirety, with prejudice, with each party to bear its own costs and attorney fees.

Dated:
March 26, 2025

ATTORNEYS FOR PLAINTIFFS AND THE CLASS:

By: /s/ *Innessa M. Huot*
　　Innessa M. Huot

| | |
|---|---|
| Innessa M. Huot<br>**FARUQI & FARUQI LLP**<br>685 Third Avenue, 26th Floor<br>New York, New York 10017<br>Telephone: 212-983-9330<br>Facsimile: 212-983-9331<br>ihuot@faruqilaw.com | Eric L. Cramer<br>Patrick F. Madden<br>Michaela Wallin<br>**BERGER MONTAGUE PC**<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel: (215) 875-3000<br>Email: ecramer@bm.net<br>Email: pmadden@bm.net<br>Email: mwallin@bm.net |
| Joseph R. Saveri<br>Kevin E. Rayhill<br>**JOSEPH SAVERI LAW FIRM, LLP**<br>601 California Street, Suite 1505<br>San Francisco, CA 94108<br>Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940<br>jsaveri@saverilawfirm.com<br>krayhill@saverilawfirm.com | Michael K. Yarnoff<br>**KEHOE LAW FIRM, P.C.**<br>Two Penn Center Plaza<br>1500 JFK Blvd., Suite 1020<br>Philadelphia, PA 19102<br>Tel: (215) 792-6676<br>Email: myarnoff@kehoelawfirm.com |
| Daniel J. Walker<br>**BERGER MONTAGUE PC**<br>1001 G Street, NW<br>Suite 400 East<br>Washington, DC 20001<br>Tel: (202) 559-9745<br>Email: dwalker@bm.net | John D. Radice<br>**RADICE LAW FIRM, P.C.**<br>475 Wall Street<br>Princeton, NJ 08540<br>Tel: (646) 245-8502<br>Email: jradice@radicelawfirm.com |

ATTORNEYS FOR DEFENDANTS:

| | |
|---|---|
| ATTORNEYS FOR SAKS INCORPORATED, SAKS & COMPANY LLC, SAKS FIFTH AVENUE LLC<br><br>By:　/s/ *David Lender*<br>David Lender<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>212-310-8000<br>david.lender@weil.com | ATTORNEYS FOR LOUIS VUITTON USA INC.<br><br>By:　/s/　*Owen H. Smith*<br>Owen H. Smith<br>Maile H. Solís<br>BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP<br>200 W. Madison St., Ste. 3900<br>Chicago, IL 60606<br>312-984-3118<br>312-629-5185<br>owen.smith@bfkn.com<br>maile.solis@bfkn.com |

ATTORNEYS FOR LORO PIANA & C. INC.

By: /s/ *Owen H. Smith*
Owen H. Smith
Maile H. Solís
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
200 W. Madison St., Ste. 3900
Chicago, IL 60606
312-984-3118
312-629-5185
owen.smith@bfkn.com
maile.solis@bfkn.com

ATTORNEYS FOR PRADA USA CORP.

By: /s/ *Kristen E. Lloyd*
Kristen E. Lloyd
BAKER & MCKENZIE LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006
202-452-7077
kristen.lloyd@bakermckenzie.com

ATTORNEYS FOR BRUNELLO CUCINELLI, USA, INC.

By: */s/ Richard Brosnick*
Richard Brosnick
Jeffrey Kimmel
AKERMAN LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020
212-880-3834
richard.brosnick@akerman.com
212-259-6435
jeffrey.kimmel@akerman.com

ATTORNEYS FOR GUCCI AMERICA, INC.

By: /s/ *Corey Roush*
Corey Roush
SIDLEY AUSTIN LLP
1501 K Street NW, #600
Washington D.C., 20005
202-736-8000
corey.roush@sidley.com